# Russell, *et al* *v.* Bellinger.

*Trover and Case.*

(Decided Jan. 30, 1906.  40 So. Rep. 132.)

Appeal from Gadsden City Court.
Heard before Hon. John H. Disque.
George D. Motley, for appellant.
Goodhue & Blackwood, for appellee.
Affirmed in part, reversed and rendered in part.
Opinion by Haralson, J.

All the Justices concur.

---

# McGowan *v.* The State.

*Malicious Mischief.*

(Decided Jan. 30, 1906. 40 So. Rep. 142.)

Appeal from Jackson Circuit Court.
Heard before Hon. James A. Bilbro.
Humes & Speake, for appellant.
Massey Wilson, Attorney General, John F. Proctor
and J. B. Talley, for appellee.
Affirmed.
Opinion by Dowdell, J.

McClellan, C. J., Simpson and Denson, JJ., concur.